**Order entered March 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00252-CV

**ERIN WALKER, Appellant**

**V.**

**PEGASUS EVENTING, LLC, ET AL., Appellees**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 100256-422**

## ORDER

Before the Court is appellees' March 25, 2019 motion to correct the clerk's record. Filed in this Court is a five-volume clerk's record, two supplemental clerk's records, and a five-volume "3rd Corrected Supplemental Clerk's Record." In their motion, appellees assert many pages are illegible, color pictures in certain exhibits are "100% blacked out", a page is missing from a reply brief, and other pages out of order.

After a review of the "3rd Corrected Supplemental Clerk's Record" filed on March 27, 2019, it appears the corrections have been made. However, the state of the clerk's record before this Court is confusing. Accordingly, we **GRANT** appellees' motion as follows. We **STRIKE** (1) the five-volume clerk's record filed on March 6, (2) the second supplemental clerk's record

filed on March 18, and (3) the five-volume "3rd Corrected Supplemental Clerk's Record" filed on March 27.

We **ORDER** Rhonda Hughey, Kaufman County District Clerk, to file, by **April 5, 2019**, the five-volume "3rd Corrected Supplemental Clerk's Record" as the "Clerk's Record."

Also before the Court is appellant's March 28, 2019 unopposed motion for an extension of time to file her opening brief.  We **GRANT** the motion and extend the time to **April 15, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Hughey and all parties.

/s/     ERIN A. NOWELL
JUSTICE